NP24141618 - Case#

# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| UP16 | 9503890 | S Tooch | 1668 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 04/20/2024 1100 hrs | 36 CFR 1.6(g)(2) |

Place of Offense: Canyonlands National Park - Brown Betty

Offense Description: Factual Basis for Charge — HAZMAT ☐

Violating a term or condition of a permit

carr81@gmail.com

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| CARR | Chris | — |

Street Address [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | — | — | — | | — |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 100.00 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 130.00 Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Mailed

Original - CVB Copy

*9503890*

CVB SCAN 06/23/2024 24 :2

**STATEMENT OF PROBABLE CAUSE**

(For issuance of an arrest warrant or summons)

I state that on April 20th, 20 24 while exercising my duties as a law enforcement officer in the Central District of Utah

See attached.

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/03/2024 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident